### IN THE UNITED STATES COURT OF APPEALS
### FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| TERI HINKLE, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | Case No.: 15-10398-F |
| ) | |
| MIDLAND FUNDING, LLC ) | |
| MIDLAND CREDIT MANAGEMENT, INC. ) | |
| and ENCORE CREDIT GROUP, INC., ) | |
| ) | |
| Appellees ) | |
| _____ ) | |

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON APPEAL
**(First Request)**

COMES NOW the Appellant, Teri Henkle, ("Appellant") by and through her counsel of record Craig K. Perry, Esq., hereby moves the Court to enlarge the time for filing the Appellant's Brief by 30 days, pursuant to Rule 31-2(c). In support of this Motion, Appellant would state as follows:

1. The current briefing schedule requires that Appellant file her initial brief on or before May 4, 2015.

2. Appellant's counsel, is new to this case and to the appeal, having filed his Appearance Of Counsel as attorney record on March 19, 2015. Counsel did not represent the Appellant in the District Court case below, she had proceeded in proper person.

3. Appellant's counsel is unable to complete the initial Brief, because he has not had sufficient time to review the record and adequately research the issues on appeal. Appellant's counsel, is a sole practioner.

4. Appellant's counsel has conferred with opposing counsel Matthew B. Ames, and the Appellees do not oppose this request for an extension of time to file Appellant's Brief. An extension of time would also not prejudice the Appellee.

WHEREFORE, Appellant requests that this Court grant a 30-day extension of time for the preparation and filing of the Appellant's Brief on appeal.

Respectfully submitted this 27th day of April, 2015.

/s/Craig K. Perry, Esq.
Craig K. Perry, Esq.
Nevada Bar No. 3786
8010 W. Sahara Ave., Ste. 260
Las Vegas, Nevada 89117
(702) 228-4777
*Counsel for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April, 2015, a true and correct copy of the foregoing Motion For Enlargement of Time To File Brief On Appeal was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Craig K. Perry, Esq.
Craig K. Perry, Esq., Nevada Bar No. 3786