## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| TERI HINKLE, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | Case No.: 15-10398-F |
| ) | |
| MIDLAND FUNDING, LLC ) | |
| MIDLAND CREDIT MANAGEMENT, INC. ) | |
| and ENCORE CREDIT GROUP, INC., ) | |
| ) | |
| Appellees ) | |
| _____ ) | |

### CERTIFICATE OF INTERESTED PERSONS

PLEASE TAKE NOTICE that Appellant Teri Hinkle through her undersigned counsel of record submits the following Certificate as to the Interested Persons:

Interested entities or persons required to be listed under Rule 26.1-1, are as follows:

| **Name:** | **Role in Case:** |
|---|---|
| Ames, Matthew B. | Attorney for Appellees and Defendants |
| | Member of Balch & Bingham, LLC Law Firm |
| Chase T. Espy | Attorney for Appellees and Defendants |
| | Member of Balch & Bingham, LLC Law Firm |

1

| | |
|---|---|
| Balch & Bingham, LLC | Law Firm for Appellees and Defendants |
| Bowen, H. Dudley, Jr. | Senor District Judge United States District Court of Southern District of Georgia |
| Encore Credit Group, Inc. | Appellees and Defendant |
| Hinkle, Teri | Appellant and Plaintiff |
| Midland Credit Management, Inc. | Appellees and Defendant |
| Midland Funding, LLC | Appellees and Defendant |
| Perry, Craig K. | Attorney for Appellant and Plaintiff Owner of Craig K. Perry & Associates |
| Tompkins, Jason Brent | Attorney for Appellees and Defendants Member at Balch & Bingham, LLC Law Firm |

Respectfully submitted this 13th day of October, 2015.

/s/Craig K. Perry, Esq._____
Craig K. Perry, Esq.
Nevada Bar No. 3786
8010 W. Sahara Ave., Ste. 260
Las Vegas, Nevada 89117
(702) 228-4777
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2015, a true and correct copy of the foregoing Certificate of Interested Persons was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Craig K. Perry, Esq._____
Craig K. Perry, Esq., Nevada Bar No. 3786